FILED ✓ LODGED
RECEIVED COPY
NOV 1 2 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

✓ FILED LODGED
RECEIVED COPY
NOV 1 7 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Crown Cork & Seal Company, Inc. Master Retirement Trust; The Board of Trustees of the State of Indiana Public Employees' Retirement Fund; Metropolitan Government of Nashville and Davidson County; The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago; and The Laborers' Pension Fund,

Plaintiffs,

vs.

Credit Suisse First Boston Corp., a Delaware Corporation; Bank One, N.A., a national banking association; Bank One Corporation, a Delaware corporation; Banc One Capital Markets, Inc., a Delaware corporation; JP Morgan Chase & Co., a Delaware corporation; JP Morgan Chase Bank, a New York Chartered Trust Company; JP Morgan Partners, L.L.C., a Delaware limited liability corporation; Deloitte & Touche, LLP, a Delaware limited liability partnership; PricewaterhouseCoopers, LLP, a Delaware limited liability partnership; Purcell & Scott, Co., LPA, an Ohio legal professional association and corporation; Lance K. Poulsen and Barbara L. Poulsen, husband and wife; Donald H. Ayers, an individual; Rebecca S. Parrett, an individual; E & D Investments, Inc., a Delaware corporation; Kuld Corp. (aka Kuld Partners LLC), an Ohio

No. CV 2003-2084-PHX-DGC

**~~[PROPOSED]~~ ORDER RE STIPULATED EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

14

corporation; The Beacon Group, L.L.C., a Delaware limited liability corporation; The Beacon Group III – Focus Value Fund, L.P., a New York limited partnership; Thomas G. Mendell, an individual; Harold W. Pote, an individual; and Eric R. Wilkinson, an individual, ) ) ) ) ) ) )

Defendants. )

---

PURSUANT TO STIPULATION by and between counsel for defendants Bank One, N.A., Bank One Corporation, and Banc One Capital Markets, Inc. (together, "Bank One"), and counsel for plaintiffs Crown Cork & Seal Company, Inc. Master Retirement Trust , *et al*,

IT IS ORDERED, that the Bank One defendants shall have 30 days from service of the Complaint on Bank One to move, answer, or otherwise respond to the Complaint.

DATED this 13th day of November, 2003.

By: David G. Campbell
David G. Campbell
United States District Judge