FILED ___ LODGED
RECEIVED ___ COPY
NOV 17 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Crown Cork & Seal Company, Inc. Master Retirement Trust, et al.,

Plaintiffs,

vs.

Credit Suisse First Boston Corp., a Delaware Corporation, et al.,

Defendants.

No. CV 03-2084-PHX-DGC

**ORDER**

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Paul G. Rosenblatt. All future pleadings and papers submitted for filing shall bear the following complete case number: CIV-03-2084 PHX PGR.

DATED this 14th day of November, 2003.

David G. Campbell
United States District Judge

15