FILED ___ LODGED
RECEIVED ___ COPY
JAN 6 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crown Cork & Seal Company, Inc., et al., Plaintiffs, vs. Credit Suisse First Boston Corp., et al., Defendants. | CV 03-2084 PHX PGR<br><br>ORDER RE STIPULATED STAY OF ALL PROCEEDINGS |

Pursuant to the stipulation of Plaintiffs and Defendants Bank One, N.A., Banc One Capital Markets, Inc., and Bank One Corporation, and good cause appearing therefor,

IT IS HEREBY ORDERED that all proceedings in this action including responding to Plaintiffs' complaint, save for service of process, are stayed until the Judicial Panel on Multidistrict Litigation issues an order approving or denying the transfer and consolidation of this action for pretrial proceedings with MDL-1565, and further order of this Court.

IT IS FURTHER ORDERED that counsel for the stipulating parties shall promptly notify this Court when the Judicial Panel

18

on Multidistrict Litigation issues its order concerning the potential tag-along treatment of this action.

IT IS FURTHER ORDERED that a status hearing regarding this matter is set for **Monday, February 23, 2004, at 1:30 p.m.**, in Courtroom 601.

DATED this 6th day of January, 2004.

Paul G. Rosenblatt
United States District Judge